IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | * | CASE NO. 16-30070 |
| | | CHAPTER 13 |
| JEFFREY A. CHASE, | * | JUDGE HUMPHREY |
| SUE E. CHASE | | |
| | * | DEBTORS' RESPONSE TO TRUSTEE'S |
| Debtors. | | MOTION TO DISMISS (Doc. 10) |

Debtors' counsel sent $1,725.00 to the Trustee's lockbox on March 18, 2016. Debtor Wife was just approved for social security benefits that were disclosed in the comment section on Schedule I. Debtors will be able to make the payments from now on.

For the foregoing reasons, Debtors request that they remain in their Chapter 13 and that a new 341 Meeting of Creditors be set.

Respectfully submitted:

/s/ Michael G. Weller
MICHAEL G. WELLER, Bar No. 0037409
2121 Miamisburg-Centerville Road
Centerville, Ohio 45459
Phone: 937/435-4554 // Fax: 937/435-7677
mike@mwellerlaw.com
Attorney for Debtors

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded, on the day of filing, through this Court's electronic notification system, addressed to:

Jeffrey M. Kellner, Chapter 13 Trustee          Office of the U.S. Trustee

and by placing a copy in ordinary United States Mail, postage prepaid, addressed to:

Jeffrey and Sue Chase
1650 East Lindsey Avenue
Miamisburg, Ohio 45342

                                                /s/ Michael G. Weller
                                       MICHAEL G. WELLER, Attorney at Law

                                                ###